Kathryn Tassinari
Mark Manning
kathrynt50@comcast.net
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette, Suite 200
Eugene, OR  97401
(541) 686-1969
Of Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DEBRA LUCY SLOAN, ) | |
| ) | Case No. 6:10-cv-06140-HO |
| Plaintiff, ) | |
| ) | ORDER APPROVING PLAINTIFF'S |
| vs. ) | MOTION FOR ATTORNEY FEES |
| ) | PURSUANT TO 42 U.S.C. §406(b) |
| CAROLYN W. COLVIN, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

After considering Plaintiff's Motion for Attorney Fees, and counsel for Defendant having no objection, Order is hereby granted in the sum of $14,127.50 for attorney fees pursuant to 42 U.S.C. §406(b). The Commissioner shall deduct an administrative assessment under 42 U.S.C. §406(d) and pay Plaintiff's counsel the balance.

IT IS SO ORDERED this 7 day of May, 2013.

_____
U. S. District Court Judge

PRESENTED BY:
s/ Kathryn Tassinari
Kathryn Tassinari
Of Attorneys for Plaintiff

ORDER APPROVING MOTION FOR ATTORNEY FEES PURSUANT TO 42 U.S.C.§406(b)
- 1